JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SARAH ANN STEPHENS,                ) Case No. EDCV 21-1273-ODW (JPR)
                                   )
                Plaintiff,         )
                                   )          **J U D G M E N T**
        v.                         )
                                   )
MOSQUEDA et al.,                   )
                                   )
                Defendants.        )
                                   )

    Pursuant to the Order Dismissing Action for Failure to Respond to Court Order and Failure to Prosecute, IT IS HERBY ADJUDGED that this action is dismissed with prejudice.


DATED: September 26, 2024        _____
                                OTIS D. WRIGHT II
                                U.S. DISTRICT JUDGE